# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00799-CV

**Robert Cronin, Appellant**

**v.**

**Wells Fargo Bank, N.A. a/k/a Wells Fargo Home Mortgage, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 249, 495-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## O R D E R

On March 6, 2013, this Court dismissed this appeal for want of jurisdiction. Appellant Robert Cronin has now filed a motion asking us to reconsider that dismissal. Upon considering the motion and the response filed by Wells Fargo Bank, N.A., we grant Cronin's motion for rehearing, withdraw the opinion and judgment dated March 6, 2013, and reinstate this appeal. Accordingly, appellant's brief is now due on or before May 27, 2013.

It is so ordered on April 30, 2013.

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field